W. B. PRICE, Appellant,

v.

James L. GUILMARTIN, E. Coleman
Madsen, Edith House, John L. Briggs,
John E. Palmer, and Thos. A. Larkin,
District Attorneys, Appellees.

W. B. PRICE, Appellant,

v.

Governor Leroy COLLINS, Mark Hulsey,
Jr., D. R. Smith, The Florida State
Bar, et al., Appellees.

No. 19166.

United States Court of Appeals
Fifth Circuit.

April 27, 1962.

W. B. Price, in pro. per.

Richard W. Ervin, Atty. Gen., Robert J. Kelly, Asst. Atty. Gen., Tallahassee,

Fla., E. William Gautier, New Smyrna Beach, Fla., Harry G. Kincaid, Jacksonville, Fla., Gordon G. Oldham, Jr., Leesburg, Fla., for appellees.

Before BROWN and WISDOM, Circuit Judges, and CHRISTENBERRY, District Judge.

PER CURIAM.

After careful consideration of this appeal, this Court is of the opinion that the district court properly dismissed the complaint.

Judgment is

Affirmed.